JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katja Aronsson,<br><br>  Plaintiff,<br><br>  v.<br><br>Tempur-Pedic International, Inc.; Ron Koiner,<br><br>  Defendants. | Case No. **CV 12-1890-JFW (Ex)**<br><br>**JUDGMENT** |

The Court, having granted Defendants Tempur-Pedic International, Inc. and Ron Koiner's Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendants Tempur-Pedic International, Inc. and Ron Koiner were entitled to judgment as a matter of law on all claims for relief alleged against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff Katja Aronsson shall recover nothing from Defendants Tempur-Pedic International, Inc. and Ron Koiner;

    2.   Defendants Tempur-Pedic International, Inc. and Ron Koiner shall have judgment in their favor on Plaintiff Katja Aronsson's entire action; and

    3.   Defendants Tempur-Pedic International, Inc. and Ron Koiner shall recover from Plaintiff Katja Aronsson their costs of suit in the sum of $_____.

    The Clerk is ordered to enter this Judgment.

Dated: November 16, 2012      _____
                                        JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE