1
2
3                                                          JS-6
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  Katja Aronsson,              )  Case No. **CV 12-1890-JFW (Ex)**
                                 )
12              Plaintiff,       )  **JUDGMENT**
                                 )
13       v.                      )
                                 )
14  Tempur-Pedic International,  )
    Inc.; Ron Koiner,            )
15                               )
                Defendants.      )
16  _____)

17      The Court, having granted Defendants Tempur-Pedic
18 International, Inc. and Ron Koiner's Motion for Summary
19 Judgment based on its determination that there was no genuine
20 issue as to any material fact and that Defendants Tempur-
21 Pedic International, Inc. and Ron Koiner were entitled to
22 judgment as a matter of law on all claims for relief alleged
23 against them,
24      IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
25 DECREED, that judgment is entered in this action as follows:
26      1.  Plaintiff Katja Aronsson shall recover nothing from
27 Defendants Tempur-Pedic International, Inc. and Ron Koiner;
28

       2.   Defendants Tempur-Pedic International, Inc. and Ron Koiner shall have judgment in their favor on Plaintiff Katja Aronsson's entire action; and

       3.   Defendants Tempur-Pedic International, Inc. and Ron Koiner shall recover from Plaintiff Katja Aronsson their costs of suit in the sum of $_____.

       The Clerk is ordered to enter this Judgment.


Dated: November 16, 2012        _____
                                       JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE

2